# Jose M. Martinez, P.C.
## Attorney at Law

**3235 N. McColl Road**
**McAllen, Texas 78501**
**(956) 682-5297 - FAX (956) 686-5658**

September 30, 2015

Jann M. Wynne
Deputy Clerk
U.S. Court of Appeals
Fifth Circuit
Office of the Clerk
600 S. Maestri Place
New Orleans, LA 70130

    Re:   No. 15-41165    USA v. Crystal Espinoza
                              USDC No. 7:15-CR-50-1

Dear Ms. Wynne:

U.S. District Court Judge Micaela Alvarez has clarified with the court reporter that her Order granting IFP covers the expenses of payment for the transcripts.

Please confirm this with the court reporter, Mrs. Candice Gail Jones, who has verified this before with me.

If there is the need for further orders from the District Court, please advise.

                                Thank you,

                                /s/ *Jose M. Martinez*

                                Jose M. Martinez, of Counsel for
                                Appellant Crystal Espinoza

JMM:lm
cc:    Mr. David Bradley, Clerk
       Renata A. Gowie
       Mrs. Candis Gail Jones